UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                        Case No. 06-cr-79-PB

<u>Dorothy Collins, et al.</u>

**O R D E R**

The defendant has moved to continue the October 3, 2006 trial in the above case, citing the need for additional time to conduct discovery on the superseding indictment and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from October 3, 2006 to January 9, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on December 18, 2006 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 29, 2006

cc: Debra Walsh, AUSA
    Paul Pappas, Esq.
    Michael Ramsdell, Esq.
    Jonathan Saxe, Esq.
    Richard Monteith, Esq.
    United States Probation
    United States Marshal