**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                       Case No. 06-cr-79-01-PB

<u>Dorothy Collins, et al</u>.

### O R D E R

The defendant, through counsel, has moved to continue the January 9, 2007 trial in the above case, citing the need for additional time as defendant is currently ill and unable to proceed with a plea hearing or trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial or a plea hearing, the court will continue the trial from January 9, 2007 to February 6, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
          SO ORDERED.


                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

January 5, 2007

cc:  Debra Walsh, AUSA
     Paul Pappas, Esq.
     Michael Ramsdell, Esq.
     United States Probation
     United States Marshal
```