**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                                Case No. _06-cr-079-01-PB

Dorothy Collins

**O R D E R**

    Defendant moves to reduce her sentence (document no. 119) based on a change in the criminal history guideline in the November 1, 2007 edition of the United States Sentencing Commission Guidelines Manual. For the reasons stated below, the motion to reduce sentence is DENIED.

    On February 7, 2007, the defendant pled guilty to a three count Superseding Indictment charging her with Interference with Commerce Threats or Violence, in violation of 18 U.S.C. § 1951(a); Possession of a Firearm with an Obliterated Serial Number, in violation of 18 U.S.C. § 922(k); and, Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g). On March 6, 2008, she filed a motion requesting a sentence reduction based on a change in the criminal history guideline in the November 1, 2007 edition of the United States Sentencing Commission Guidelines Manual.

The changes to the criminal history guidelines were not made retroactive and are not listed in USSG §1B1.10(c). USSG §1B1.10(a)(2) notes a reduction in the defendant's term of imprisonment is not consistent with this policy statement and, therefore, is not authorized under 18 U.S.C. § 3582(c) if none of the amendments listed in (c) are applicable to the defendant. Therefore, no reduction is warranted in this case.

Therefore, for the foregoing reasons, Defendant's motion to reduce sentence (document no. 119) is DENIED.

**SO ORDERED.**

Date: April 23, 2008        /s/ Paul J. Barbadoro
                            Paul J. Barbadoro
                            United States District Judge


cc:  Dorothy Collins, pro se
     Counsel of Record